IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DANIEL ALEXANDER CADLE, | ) |
| Plaintiff, | ) |
| v. | ) CV 320-016 |
| WARDEN VANCE LAUGHLIN; SCO MATTHEW BRILEY; and A/W HAMILTON, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 23rd day of July, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE